[No. 20586.   *En Banc.*   April 10, 1928.]

TRUMAN DRUM et al., *Appellants*, v. UNIVERSITY PLACE WATER
DISTRICT et al., *Respondents*, CLEAR FIR LUMBER
COMPANY, *Intervener*.[1]

Appeal from a judgment of the superior court for Pierce county, Chapman, J., entered December 23, 1926, in favor of the defendants, dismissing an action for injunctive relief.   Reversed.

*Leo Teats, Ralph Teats* and *E. K. Murray*, for appellants.
*Hayden, Langhorne & Metzger*, for intervener-appellant.
*D. D. Schneider* and *Ellis & Evans*, for respondents.
*Peters & Powell, Shorett, McLaren & Shorett, Shorts & Denney, Carkeek, McDonald, Harris & Coryell, Shank, Belt & Fairbrook, Ewing D. Colvin*, and *Howard A. Hanson*, amici curiae.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adheres to the opinion heretofore filed herein, and reported in 144 Wash. 585, 258 Pac. 505.
Judgment reversed.

---

[No. 20963.   Department Two.   April 11, 1928.]

*In the Matter of the Estate of* MARGARET CROSS, *Deceased.*
J. L. CROSS, *as Executor, Appellant*, v. THE STATE OF WASHINGTON
et al., *Respondents*.[2]

Appeal from a judgment of the superior court for Spokane county, Lindsley, J., entered June 18, 1927, upon findings in favor of the defendants, in an action to determine the distributees of an estate. Reversed.

*Miller & Freese*, for appellant.
*G. W. H. Davis, W. F. Van Ruff*, and *F. B. Danskin*, for respondents.

PER CURIAM.—The appeal in this case raises the same question of heirship and arises out of the same facts as the appeal in *In re Cross' Estate, ante* p. 441, 266 Pac. 711, just decided.   In conformity with that opinion the judgment is reversed.

[1]Reported in 266 Pac. 1056.
[2]Reported in 266 Pac. 712.